**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael A. COLLIER, Defendant–**
**Appellant.**

**No. 13–15577**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 17, 2014.

Todd B. Grandy, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Shawn P. Napier, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Christine N. Bird, Alavi Bird & Pozzuto, PA, Ocala, FL, for Defendant–Appellant.

Michael A. Collier, Sanford, FL, pro se.

Before HULL, WILLIAM PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Christine N. Bird, appointed counsel for Michael Collier in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Collier's conviction and sentence are **AFFIRMED**.